IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 04-225 |
| | ) | |
| WILLIAM TROY MAYES | ) | |

<u>O R D E R</u>

_____AND NOW, this __25th__ day of September, 2006, in consideration of the within government motion for permission to file its motion pertaining to defendant's pre-sentence report under seal, it is hereby ORDERED that said motion is GRANTED.

IT IS FURTHER ORDERED that the government's motion pertaining to defendant's pre-sentence report and this Court's Order to said motion shall be filed under seal and remain under seal until further Order of Court.

_____
HONORABLE GARY L. LANCASTER
United States District Judge

cc: Troy Rivetti, AUSA
    Martin Dietz, Esquire