IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Criminal No. 04-225 |
| ) | |
| WILLIAM TROY MAYES,   ) | |
| Defendant.   ) | |

ORDER

AND NOW, this 2nd day of July, 2007, following a hearing under Rule 35(b) of the Federal Rules of Criminal Procedure, IT IS HEREBY ORDERED that the court's order of judgment and sentence in the above captioned case, imposed December 10, 2004, is amended as follows:

> "The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a period of time served."

IT IS FURTHER ORDERED that the remainder of the court's sentence of December 10, 2004 shall remain in full force and effect.

BY THE COURT:

_____, J.

cc: All Counsel of Record
    U.S. Marshal
    U.S. Probation
    Federal Bureau of Prisons